

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2022

No. 04-22-00218-CR

Runcie Kiran **DOOKERAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8069
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

The reporter's record was originally due by May 24, 2022, but it was not filed. At this time, this court has granted the court reporter two extensions of time totaling seventy-nine days, making the record due by August 11, 2022. On August 16, 2022, the court reporter filed a third notification requesting a thirty-day extension of time to file the record. We **grant** the court reporter's request for an extension, and we **order** the court reporter to file the record **by September 12, 2022**. The court reporter is cautioned that no further requests for extensions of time will be considered absent extraordinary circumstances. If the record is not filed within the time provided, we may initiate contempt proceedings.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court